Thomas N. Petersen, CSB #103037
Black, Chapman, Webber, Stevens, Petersen & Lundblade
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
206 Lane St.
Yreka, CA 96097
(530) 841-0570

Attorney for Plaintiff

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THOMAS LEE WILLIAMS, by and through his Guardian ad Litem, Darius Williams,

       Plaintiff,

       vs.

CITY OF WEED, CHRIS YOUNG, an individual, STEVEN SHANNON, an individual, MARTIN NICHOLAS, an individual,

       Defendants.

CASE NO. 2:07-cv-01787 FCD EFB

**EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**

TO THE COURT:

    Darius Williams, by and through his attorneys, Black, Chapman, Webber, Stevens, Petersen & Lundblade, hereby apply to this court to be appointed as Guardian ad Litem for plaintiff, Thomas Lee Williams.

    Darius Williams' address is 1172 Pleasant Drive, Pittsburg, CA 94565.  His telephone number is (925) 765-1461.  The Guardian ad Litem is to represent the interests of Thomas Lee Williams.  His current address is c/o Care Center of Rossmoor, 1224 Rossmoor Parkway, Walnut Creek, CA 94595. His phone number is (925) 937-7450.

- 1 - EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

BLACK, CHAPMAN, WEBBER , STEVENS,  PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone:  (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

1  The person to be represented is an incompetent person on the grounds that in September 2006 he was rendered comatose and incapable of communicating with anyone.

The court should appoint a Guardian ad Litem because Thomas Lee Williams suffered severe brain injury and coma as a result of physical abuse by the named defendants. Mr. Williams has a number of causes of action (as set forth in the Complaint). A true and correct copy of the Complaint is attached to this application.

The appointment of a Guardian ad Litem is necessary because plaintiff, Thomas Lee Williams, does not have the ability to bring suit on his own behalf because of his current incompetence.

The proposed Guardian ad Litem's is plaintiff, Thomas Lee Williams' brother.

The proposed Guardian ad Litem is fully competent and qualified to understand and protect the rights of the person he will represent and has no interests adverse to the interests of that person.

DATED this 30TH day of August, 2007.

BLACK, CHAPMAN, WEBBER, STEVENS,
PETERSEN & LUNDBLADE


/s/ Thomas N. Petersen
Thomas N. Petersen, CA # 103037
Attorney for Plaintiff

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

DATED this 30th day of August, 2007.

BLACK, CHAPMAN, WEBBER, STEVENS,
PETERSEN & LUNDBLADE


/s/ Thomas N. Petersen
Thomas N. Petersen, CA # 103037
Attorney for Plaintiff

- 2 - EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as Guardian ad Litem under the above petition.

DATED this 28th day of August, 2007.

/s/ Darius Williams
Darius Williams
Proposed Guardian ad Litem

**EX PARTE ORDER**

The court finds that it is reasonable and necessary to appoint a Guardian ad Litem for Thomas Lee Williams as requested.

The court ORDERS that Darius Williams is hereby appointed as the Guardian ad Litem for Thomas Lee Williams for the reasons set forth in the application.

DATED this 10th day of September, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 3 - EX PARTE APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

BLACK, CHAPMAN, WEBBER , STEVENS, PETERSEN & LUNDBLADE
ATTORNEYS AT LAW
221 STEWART AVE., #209
MEDFORD, OREGON 97501
Phone:  (541) 772-9850  Fax: (541) 779-7430
litigation@blackchapman.com