1

2

3

4

5

6

7

8
              UNITED STATES DISTRICT COURT

9
            EASTERN DISTRICT OF CALIFORNIA

10
                  ----oo0oo----

11
THOMAS LEE WILLIAMS,

12
by and through his Guardian
ad Litem, Darius Williams,

13
                        NO. CIV. S-07-1787 FCD/EFB

        Plaintiff,

14

   v.                  MEMORANDUM AND ORDER

15

CITY OF WEED, CHRIS YOUNG,

16
an individual, STEVEN SHANNON,
an individual, MARTIN

17
NICHOLAS, an individual,

18
        Defendants.

19
                  ----oo0oo----

20
    This matter is before the court on plaintiff Thomas Lee

21
Williams' ("plaintiff") motion to substitute the Estate of Thomas

22
Lee Williams as plaintiff in this action, pursuant to Federal

23
Rule of Civil Procedure 25.[1]  Defendants do not oppose the

24

25

26

_____

27
    [1]    Because oral argument will not be of material
assistance, the court orders this matter submitted on the briefs.

28
E.D. Cal. L.R. 78-230(h).

1    motion.   (Docket #34 at 3:6-14.)[2]

2        This is a civil rights action in which plaintiff alleges he

3    was beaten by the defendant police officers, who also failed to

4    provide him necessary medical care, causing plaintiff to suffer

5    an anoxic brain injury.   After the incident, plaintiff became

6    comatose.   Through a guardian ad litem, plaintiff filed this

7    action on August 23, 2007.   Plaintiff died on November 24, 2007,

8    and his brother, Darius Williams, was appointed the personal

9    representative of his Estate on March 12, 2008.

10       Plaintiff now moves to substitute the Estate as plaintiff.

11   Pursuant to Rule 25(a)(1), permitting the court to "order

12   substitution of the proper party" if a party dies and the claim

13   is not extinguished, and considering defendants' non-opposition

14   to the motion, the court hereby GRANTS plaintiff's motion.   The

15   Estate of Thomas Lee Williams, by and through its personal

16   representative Darius Williams, is substituted as plaintiff in

17   ///

18   ///

19   ///

20   ///

21

22       [2]   Defendants filed an "opposition" to plaintiff's motion,
     but state therein that they have "no objection to the
23   substitution of the Estate" as plaintiff in place of the now
     deceased Thomas Lee Williams.   (Id.)   Defendants oppose the
24   motion only to the extent plaintiff seeks to amend his complaint
     by the instant motion.   (See Docket #28 at 2:3-4 [stating
25   plaintiff "intends to move to amend the Complaint to include the
     Estate of Thomas Lee Williams and to allege new claims for relief
26   based upon the death of Thomas Lee Williams".])   Plaintiff has
     not so moved to amend, and conceded in his reply, that a formal
27   motion to amend is required by the court's pre-trial scheduling
     order.   (Docket #36.)   This order addresses only plaintiff's
28   request under Rule 25.

2

1 | this action.

2 |      IT IS SO ORDERED.

3 | DATED: April 21, 2008

 

FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

3