1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

---oo0oo---

8
9
10
11

THOMAS LEE WILLIAMS, by and through his Guardian ad Litem, Darius Williams,

Plaintiff,

12

v.

13
14

CITY OF WEED, CHRIS YOUNG, an individual, STEVEN SHANNON, an individual, MARTIN NICHOLAS, an individual,

15
16
17
18

Defendants.

19

**CASE NO. 2:07 CV 01787 FCD EFB**

**STIPULATION FOR PROTECTIVE ORDER**

Trial Date:          **October 6, 2009**

20

　　　　IT IS HEREBY STIPULATED BY ALL PARTIES to this action by and

21

through their attorneys of record, that in order to protect the confidentiality

22

of certain records that may be disclosed in this action and to protect the

23

privacy rights of citizens who are not parties to this action certain records

24

will be designated as "Confidential Material" or "Restricted Material" and

25

will be subject to the protective orders set forth herein.

26
27
28

1

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

STIPULATION FOR PROTECTIVE ORDER

1. The records which will be designated "Confidential Material" and subject to the protective orders set forth in this stipulation are as follows:

    (a)    Personnel and Training Files of Chief Martin G. Nicholas;

    (b)    Medical Training Files of Chief Martin G. Nicholas;

    (c)    Any citizen complaints or internal affairs investigations or reports pertaining to Chief Martin G. Nicholas;

    (d)    Personnel and Training Files of Officer Steven Shannon;

    (e)    Medical Training Files of Officer Steven Shannon;

    (f)    Any citizen complaints or internal affairs investigations or reports pertaining to Officer Steven Shannon;

    (g)    Personnel and Training Files of Officer Chris Young;

    (h)    Medical Training Files of Officer Chris Young;

    (i)    Any citizen complaints or internal affairs investigations or reports pertaining to Officer Chris Young;

    (j)    Weed Police Department Policy and Training Manual in use at and before the time of the subject incident;

    (k)    CD of Weed Police Department Dispatch and Phone Transmissions for the time period 09-05-06 @ 22:28 hours to 09-06-06 @ 00:50 hours;

    (l)    Weed Police Department Dispatchers CAD Incident Report No. 060905031;

    (m)    Copies of all police reports, photographs, videotapes, audiotapes, or other documented evidence which relate to the investigation of Weed Police Officer Chris Young conducted by the Office of the Siskiyou County District Attorney;

    (n)    All documents, audio tapes, video tapes, or other physical representations of information which pertain to Officer Chris Young that

2

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

1   were obtained by the Siskiyou County District Attorney in response its its

2   Pitchess Motion in the matter of People of the State of California v. Dwayne

3   Hayes, Siskiyou County Superior Court Case CRM 06-431;

4          (o)    Copies of all reports generated by Weed Police

5   Department personnel which refer or relate to Chris Young's statements in

6   Weed Police Department Report Number 05-1480 concerning injuries to

7   himself and to Robert Land;

8

9          2.    The records which will be designated "Restricted Material" and

10   subject to the protective orders set forth in this stipulation are as follows:

11          (a)    Any police reports, emergency medical reports, witness

12   statements, and photographs not identified as Confidential Material which

13   relate to the detention and arrest of Thomas Lee Williams on September 6,

14   2006;

15          (b)    Criminal History Reports and Drivers' License Reports

16   pertaining to Thomas Lee Williams, Isaiah D. McGehee and/or Sallie R.

17   Bivens;

18          (c)    Any police investigation, crime, accident, or property

19   reports and records which name plaintiff, Thomas Lee Williams, as a party,

20   witness, suspect, or person of interest;

21          (d)    All police reports, photographs, videotapes, audiotapes, or

22   other documented evidence which refer or relate to the July 11, 2005,

23   detention and arrest of Robert Land, date of birth 02/02/55;

24          (e)    All police reports, photographs, videotapes, audiotapes, or

25   other documented evidence which refer or relate to the January 22, 2007,

26   detention and arrest of Erwin Arviso;

27

28

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

3

STIPULATION FOR PROTECTIVE ORDER

(f)     All police reports, photographs, videotapes, audiotapes, or other documented evidence which refer or relate to the January 22, 2007, detention and arrest of Cody Knolty, date of birth 1/10/85;

3.     Confidential Material and Restricted Material shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceedings, and not for any other purpose, including other litigation.

4.     Confidential Material and Restricted Material may not be disclosed except as set forth in Paragraph 7.

5.     Confidential Material may be disclosed only to the following persons:

a.     Counsel for any party to this action;

b.     Paralegal, stenographic, clerical, secretarial, and investigative personnel regularly employed by counsel referred to in 5(a);

c.     Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

d.     Any outside expert, investigator or consultant retained in connection with this action, and not otherwise employed by either party;

e.     Any "in house" expert designated by defendant to testify at trial in this matter;

f.     Witnesses during the course of their depositions when the disclosure of confidential material which is relevant to their testimony is necessary or helpful to the examination or cross-examination of the witness.

4

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

1  Notwithstanding any provision of this stipulation the parties reserve their
2  rights to make all appropriate objections at the time of disclosure of any
3  Confidential Material or Restricted Material to any witness; the witnesses
4  may not leave the depositions with copies of the documents, and shall be
5  bound by the provisions of paragraph 7;

6       g.    Any Neutral Evaluator or other designated ADR provider;
7  and,

8       h.    Parties to this action.

9

10      6.    Restricted Material may be disclosed only to the following
11  persons:

12      (a)    All persons described in Paragraph 5(a) through 5(h); and

13      (b)    Witnesses during the course of an investigation conducted
14  by a party provided the witness is not provided with a copy of, or any tangible
15  evidence of, a document, writing, report, photograph, videotape or audiotape
16  which has been designated as Restricted Material.  No disclosure of any
17  Confidential Material shall be made in any manner to a witness outside the
18  deposition process.

19      Nothing in Paragraphs 5 and 6 is intended to prevent officials or
20  employees of the City of Weed, or other authorized government officials from
21  having access to the documents designated as Confidential or Restricted
22  Material if they would have had access to those documents in the normal
23  course of their job duties.  Further, nothing in this order prevents a witness
24  from disclosing an event or activities personal to them, i.e., a witness can
25  disclose to others previous information given to the City of Weed with respect
26  to what she/he saw, heard, or otherwise sensed.

27

28

5

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

STIPULATION FOR PROTECTIVE ORDER

7.     All persons identified in Paragraph 5 and Paragraph 6 to whom disclosure of Confidential Material or Restricted Material is made, shall, prior to disclosure: (1) be provided with a copy of this order or fully advised of the contents of this order by the person furnishing him/her such material, and (2) shall agree in writing, on the record, or in some other documented manner that he/she understands the provisions of the protective order and agrees to be bound by its provisions.  ~~Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District, with respect to any proceeding relating to the enforcement of this order.~~  Defendants shall be entitled to retain possession of the original writings described above.

8.     At the conclusion of the trial and of any appeal or upon other termination of this litigation, all Confidential Material and Restricted Material received under the provisions of this order (including any copies made) shall be delivered back to the City of Weed.  Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until all Confidential Material and Restricted Material (including all copies thereof) are returned to Defendant City of Weed.

9.     Any party seeking to file a document with the Court under seal that has been designated as Confidential Material or Restricted Material pursuant to this stipulation, or any subsequent stipulation or order, shall seek a written order from the Court upon proper notice and shall comply with all applicable statutes and rules, including Rule 39-141, of the Local Rules of Practice for the United States District Court, Eastern District of California.

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

STIPULATION FOR PROTECTIVE ORDER

10.     Nothing in this order shall preclude a party from showing or disclosing any documents, e.g., deposition transcripts, pleadings or briefs, which otherwise contain Confidential Material or Restricted Material as defined in Paragraphs 1 and 2, as long as such document has been redacted so as to prevent disclosure of all confidential or restricted material.

11.     The foregoing is without prejudice to the right of any party (a) to apply to the Court for a further protective order relating to any Confidential Material, Restricted Material or other discovery in this litigation; (b) to apply to the Court for an order removing the Confidential Material or Restricted Material designation from any document; and (c) to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of Confidential Material or Restricted Material beyond the terms of this order.

DATED:                                         LAW OFFICE OF JAMES A. WYATT

                                               Signature on original
                                               _____
                                               JAMES A. WYATT
                                               Attorney for Defendants
                                               CITY OF WEED, CHRIS YOUNG
                                               STEVEN SHANNON and MARTIN
                                               NICHOLAS

DATED:_____                       BLACK, CHAPMAN, WEBBER,
                                               STEVENS, PETERSEN &
                                               LUNDBLADE

                                               Signature on original
                                               _____
                                               THOMAS N. PETERSEN
                                               Attorney for Plaintiff
                                               THOMAS LEE WILLIAMS

7

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

STIPULATION FOR PROTECTIVE ORDER

## ORDER

Having considered the foregoing stipulation of the parties, and good cause appearing, the Court hereby orders that the above-described records relating to this matter, as more specifically described in Paragraphs 1 and 2, be subject to a protective order fully incorporating the provisions set forth above, including the modifications made by the court.

SO ORDERED.

Dated: May 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

STIPULATION FOR PROTECTIVE ORDER