IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS LEE WILLIAMS,

     Plaintiff,

  vs.

CITY OF WEED, CHRIS YOUNG, an individual, STEVEN SHANNON, an individual, MARTIN NICHOLAS, an individual,

     Defendants.

                              /

No. CIV S-07-1787 FCD EFB

ORDER

On June 19, 2008, plaintiff filed a motion to enforce a subpoena served on non-party, Care Center of Rossmoor ("Rossmoor"). The matter is set for hearing before the undersigned on August 20, 2008. To the extent plaintiff has not already done so, he shall immediately serve a copy of his motion (together with all supporting memoranda, declarations, etc.) on Rossmoor. Rossmoor shall file an opposition, or a statement of non-opposition, to the motion consistent with the requirements set forth in Local Rule 78-230. The Clerk is hereby directed to serve a copy of this order on Rossmoor at the following address: Care Center of Rossmoor, Custodian of Records, 1224 Rossmoor Parkway, Walnut Creek, California 94595. In the meantime, if

////

////

plaintiff determines that his motion has become moot, he shall notify the court immediately by filing a notice of withdrawal.

SO ORDERED.

DATED: July 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2