Attorney for Defendants
CITY OF WEED, CHRIS YOUNG,
STEVEN SHANNON, and MARTIN NICHOLAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oo0oo---

| | |
|---|---|
| ESTATE OF THOMAS LEE WILLIAMS, by and through Darius Williams, the Personal Representative of the Estate of Thomas Lee Williams, and CHAUNCEY WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WEED, CHRIS YOUNG, an individual, STEVEN SHANNON, an individual, MARTIN NICHOLAS, an individual,<br><br>Defendants. | CASE NO. 2:07-CV-01787-FCD-EFB<br><br>STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL |

TO THE COURT:

Plaintiffs, Estate of Thomas Lee Williams and Chauncey Williams, and Defendants, City of Weed, Chris Young, Steven Shannon, and Martin Nicholas, have reached a settlement agreement in which the plaintiffs, in exchange for valuable consideration, have agreed to fully and completely release the City of Weed, Chris Young, Steven Shannon, and Martin Nicholas, from any and all claims they have or may have arising out of or relating to those certain incidents occurring on September 5 and 6, 2006, and

1

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL

1  November 24, 2007, which claims are more particularly set forth in Plaintiffs
2  First Amended Complaint on file in this action.  The parties have further
3  expressly agreed that the terms and conditions of their settlement shall
4  remain strictly confidential.
5       Accordingly, the parties by and through their respective attorneys,
6  hereby stipulate to dismissal of this action with prejudice, each side to bear
7  their own attorney fees and costs.

9  DATED: October 9, 2009           LAW OFFICE OF JAMES A. WYATT

11                                   _____/s/_____
                                     JAMES A. WYATT
12                                   Attorney for Defendants
13                                   CITY OF WEED, CHRIS YOUNG,
                                     STEVEN SHANNON, and MARTIN
14                                   NICHOLAS

16  DATED: October 8, 2009          BLACK, CHAPMAN, WEBBER,
                                     STEVENS, PETERSEN &
17                                   LUNDBLADE

19                                   _____/s/_____
20                                   THOMAS N. PETERSEN
                                     Attorney for Plaintiffs
21                                   ESTATE OF THOMAS LEE
22                                   WILLIAMS, By and Through
                                     Darius Williams, and
23                                   CHAUNCEY WILLIAMS

24  / / /
25
26  / / /

28                                   2

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA  96099-2338
(530) 244-6060

STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL

## JUDGMENT OF DISMISSAL

Based upon the stipulation of the parties, and good cause therefore appearing, this Court enters a Judgment of Dismissal with Prejudice as to this action and as to all defendants, each party to bear their own attorney fees and costs. The clerk is directed to enter a dismissal of this action in the Court docket.

Date: October 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

3

STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL